

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant has filed a motion for leave to file a motion requesting oral argument. It is unnecessary for the appellant to file a motion for leave to file the motion in question. The motion requesting oral argument has been filed and will be reviewed by the court. Accordingly, we **DENY AS MOOT** appellant's motion for leave.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court